# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

HENRY LUCAS, an individual,
CATHERINE LUCAS, an individual, and
NANCY LUCAS, an individual,,

Plaintiffs,

vs.

ELDORADO RESORTS CORP., a Florida Corporation, d/b/a/ ELDORADO DEVELOPMENT CORP.,

Defendants.

2:18-cv-02203-APG-VCF

**ORDER**

Before the Court is the Notice of Settlement (ECF NO. 27).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Extend Discovery Cutoff for Limited Purposes (ECF No. 18), Motion to Withdraw as Counsel of Record (ECF No. 19), and Motion to Compel Responses to Discovery (ECF No. 20) are DENIED as MOOT.

IT IS FURTHER ORDERED that the hearing scheduled for July 8, 2019, is VACATED only as to this case. The hearing in case number 2:19-cv-00840-JAD-VCF will proceed as scheduled on July 8, 2019.

DATED this 28th day of June, 2019.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE