GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249 / Fax: (954) 333-4256

**JOINTLY SUBMITTED**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUCAS, an individual, CATHERINE LUCAS, an individual, and NANCY LUCAS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ELDORADO RESORTS CORP., a Florida Corporation, d/b/a/ ELDORADO DEVELOPMENT CORP.,<br><br>Defendant. | Case No.: 2:18-cv-02203-APG-VCF<br><br>**Joint Stipulation and Order for Dismissal with Prejudice** |

The parties, by and through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree:

1. In consideration of a negotiated settlement executed by them, this case, including all claims asserted by Plaintiff, shall be dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs, except as otherwise provided in the parties' settlement agreement.

Dated this 5th day of August, 2019.

| **Totten, Franqui, Davis & Burk, LLP** | **Greenspoon Marder LLP** |
|---|---|
| */s/ Christopher Burk, Esq.* | */s/ Phillip A. Silvestri, Esq.* |
| CHRISTOPHER D. BURK, ESQ. | PHILLIP A. SILVESTRI, ESQ. |
| Nevada Bar No. 8976 | Nevada Bar No. 11276 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**IT IS SO ORDERED**

_____

**UNITED STATES DISTRICT JUDGE**

**DATED:** 8/6/2019

40435818.1